**Bobby L. INGRAM, Plaintiff–Appellant,**

v.

**Mildred L. RIVERA, Warden; Larry Whitman, AW(P); D. Phillip, MD; T. Middleton, Mid–Level Provider; E. Reed, MD Medical Officer; J. Glenn, Defendants–Appellees.**

No. 13–7334.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 21, 2014.

Decided: Jan. 23, 2014.

Bobby L. Ingram, Appellant Pro Se. Marshall Prince, II, Assistant United States Attorney, Columbia, SC, for Appellees.

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bobby L. Ingram appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.

*See Ingram v. Rivera,* No. 9:12–cv–02407–DCN (D.S.C. July 31, 2013). We deny Ingram's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*